UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA NEWTON,

    Plaintiff,                                             Case No.: 8:15-cv-01671-JSM-MAP

v.

GENESIS BANKCARD SERVICES INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, REBECCA NEWTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                            By:  /s/ Shireen Hormozdi
                                                Shireen Hormozdi
                                                Krohn & Moss, Ltd
                                                1112 Ocean Drive
                                                3rd Floor
                                                Manhattan Beach, CA 90266
                                                Phone:  (323) 988-2400 ext. 267
                                                Fax:     (866) 802-0021
                                                Attorney for Plaintiff
                                                FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
