**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

REBECCA NEWTON,

      Plaintiff,                                                 Case No.: 8:15-cv-01671-JSM-MAP

v.

GENESIS BANKCARD SERVICES INC.,

      Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, REBECCA NEWTON, and Defendant, GENESIS BANKCARD SERVICES INC, stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, REBECCA NEWTON, against Defendant, GENESIS BANKCARD SERVICES INC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated: April 1, 2016                       RESPECTFULLY SUBMITTED,

                                                       By: /s/ Shireen Hormozdi
                                                            Shireen Hormozdi, Esq.
                                                            FBN: 0882461
                                                            Krohn & Moss, Ltd
                                                            1112 Ocean Drive, Suite 301
                                                           Manhattan Beach, CA 90266
                                                           Phone: (323) 988-2400
                                                           Fax: (866) 861-1390
                                                           shormozdi@consumerlawcenter.com
                                                           Attorney for Plaintiff
                                                           REBECCA NEWTON

Dated: April 1, 2016    RESPECTFULLY SUBMITTED,

By: __/s/_____
Michael P. Schuette, Esq.
Florida Bar No. 0106181
SESSIONS, FISHMAN, NATHAN
& ISRAEL, LLC
3350 Buschwood Park Drive, Ste195
Tampa, FL 33618
Telephone: (813) 890-2472
Facsimile: (866) 466-3140
mschuette@sessions-law.biz
Attorneys for Defendant,
Genesis Bankcard Services, Inc.,