UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA NEWTON,

    Plaintiff,                         Case No.: 8:15-cv-01671-JSM-MAP

v.

GENESIS BANKCARD SERVICES INC.,

    Defendant.

_____/

### ORDER OF STIPULATION TO DISMISS

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

IT IS SO ORDERED.

Dated: 6 April 2016

_____
The Honorable Judge
United States District Judge